785 A.2d 81

**OFFICE OF DISCIPLINARY COUNSEL, Petitioner,**

v.

**Kenneth Charles JONES, Respondent.**

**No. 531 DISC. 3, DB71 1999, DB 126 1999.**

Supreme Court of Pennsylvania.

Aug. 15, 2001.

*ORDER*

PER CURIAM.

AND NOW, this 15th day of August, 2001, upon consideration of the Report and Recommendations of the Disciplinary Board dated June 12, 2001, it is hereby

ORDERED that Kenneth Charles Jones be and he is suspended from the Bar of this Commonwealth for a period of two years, and he shall comply with all the provisions of Rule 217, Pa.R.D.E. It is further ORDERED that respondent shall pay costs to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.